IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

THE AMERICAN AUTOMOBILE
ASSOCIATION, INC.,

          Plaintiff,

v.

AAA CARZ, INC.,
TAYYAB M. SUKHERA,
EDUCATIONAL COUPONS, INC., and
PETER BEAUCHEMIN

          Defendants.

Case No. 09-cv-00553-RV-MD

## CONSENT ORDER OF JUDGMENT

WHEREAS, The American Automobile Association, Inc. ("AAA") has brought an action in this Court against AAA Carz, Inc., Tayyab M. Sukhera, Educational Coupons, Inc., and Peter Beauchemin (the "Defendants") in which it has alleged that Defendants have knowingly and willfully violated AAA's rights in its famous and distinctive AAA trademarks ("AAA Marks"), in violation of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and Florida state law, by registering and using the corporate name "AAA Carz, Inc." and by registering and using the domain name AAACARZINC.INFO (the "Infringing Marks");

WHEREAS, the Court has jurisdiction over this civil action by virtue of 28 U.S.C. §§ 1331, 1338, and 1367;

WHEREAS, AAA and Defendants have entered into a Settlement Agreement to resolve any and all controversies and disputes between them existing as of this date;

WHEREAS, pursuant to that Settlement Agreement, AAA has agreed to dismiss its claims for damages, attorneys' fees and costs;

OFFICE OF CLERK
NORTHERN D. FLA.

10 FEB -5 AM 11: 24

RECEIVED

WHEREAS, pursuant to that Settlement Agreement, Defendants have agreed and consented to entry by the Court of a permanent injunction restraining them from violating AAA's trademark rights; and

WHEREAS, Defendants waive all defenses or counterclaims which they might otherwise raise at a trial on the merits of AAA's demand for a temporary restraining order, preliminary injunction, permanent injunction, and/or damages.

NOW THEREFORE, Defendants consent and agree that this Court enter a judgment permanently enjoining them from unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them.

The Court does hereby, upon the consent of the parties, declare that a permanent injunction issue herein as follows:

IT IS ORDERED, ADJUDGED, AND DECREED:

1. That Defendants shall pay to Plaintiff the sum of Two Thousand Five Hundred Dollars upon entry of this Consent Judgment (the "Restitution Payment");

2. That Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them;

3. That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against Defendants, other than the permanent injunction granted herein, is hereby dismissed with prejudice, except for such damages, penalties, costs, and/or attorneys' fees which might result from any violation of this Order; and

4. That this case shall be closed, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent Order of Judgment.

ENTERED this 5th day of February, 2010.

_____
United States District Court
Northern District of Florida

BY CONSENT OF PLAINTIFF:

*[signature]*

Samantha J. Kavanaugh, Esq.
Florida Bar No. 0194662
**AKERMAN SENTERFITT**
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
samantha.kavanaugh@akerman.com

*Attorney for Plaintiff*
*The American Automobile Association, Inc.*

OF COUNSEL:
Neil K. Roman, Esq.
Hope Hamilton, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

BY CONSENT OF DEFENDANTS:

Tayyab M. Sukhera,
  on Behalf of Himself as an Individual
  and on Behalf of AAA Carz, Inc.

*Defendant, pro se.*

Peter Beauchemin,
  on Behalf of Himself as an Individual and
  on Behalf of Educational Coupons, Inc.

*Defendant, pro se.*

| BY CONSENT OF PLAINTIFF: | BY CONSENT OF DEFENDANTS: |
|---|---|
| _____ | _____ |
| Samantha J. Kavanaugh, Esq.<br>Florida Bar No. 019466<br>**AKERMAN SENTERFITT**<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>samantha.kavanaugh@akerman.com | Tayyab M. Sukhera,<br>  on Behalf of Himself as an Individual<br>  and on Behalf of AAA Carz, Inc.<br><br>*Defendant, pro se.* |
| *Attorney for Plaintiff*<br>*The American Automobile Association, Inc.* | _____<br>Peter Beauchemin,<br>  on Behalf of Himself as an Individual and<br>  on Behalf of Educational Coupons, Inc.<br><br>*Defendant, pro se.* |
| OF COUNSEL:<br>Neil K. Roman, Esq.<br>Hope Hamilton, Esq.<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | |

4

| BY CONSENT OF PLAINTIFF: | BY CONSENT OF DEFENDANTS: |
|---|---|
| Samantha J. Kavanaugh, Esq.<br>Florida Bar No. 019466<br>**AKERMAN SENTERFITT**<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 374-5095<br>samantha.kavanaugh@akerman.com<br><br>*Attorney for Plaintiff*<br>*The American Automobile Association,*<br>*Inc.*<br><br>OF COUNSEL:<br>Neil K. Roman, Esq.<br>Hope Hamilton, Esq.<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | Tayyab M. Sukhera,<br>  on Behalf of Himself as an Individual<br>  and on Behalf of AAA Carz, Inc.<br><br>*Defendant, pro se.*<br><br>*/s/ Peter Beauchemin*<br>Peter Beauchemin,<br>  on Behalf of Himself as an Individual and<br>  on Behalf of Educational Coupons, Inc.<br><br>*Defendant, pro se.*<br><br>MARTHA LETICIA CISNEROS<br>Notary Public, State of Texas<br>My Commission Expires<br>March 16, 2012<br><br>*/s/ Martha A. Cisneros* 1/19/2010 |